PD-1334&1335&1336-17
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/13/2017 2:41 PM
Accepted 12/18/2017 2:29 PM
DEANA WILLIAMSON
CLERK

NO. ___

ARISING FROM THE 14TH COURT OF APPEALS IN HOUSTON, TEXAS
NO. 14-16-00871-CR
NO. 14-16-00872-CR
NO. 14-16-00873-CR

FILED
COURT OF CRIMINAL APPEALS
12/18/2017
DEANA WILLIAMSON, CLERK

| | | |
|---|---|---|
| ANTONIO THOMAS ELIZONDO | § | THE COURT OF CRIMINAL |
| | § | |
| V. | § | APPEALS, |
| | § | |
| THE STATE OF TEXAS | § | AT AUSTIN, TEXAS |

_____

**APPELLANT'S FIRST MOTION FOR
EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

_____

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW Appellant, through his undersigned attorney, and requests that the Court grant a first extension of time to file his petition for discretionary review in the above-captioned cases in accordance with Texas Rules of Appellate Procedure 68.2(c) and 10.5(b). The Appellant would respectfully show the Court the following:

1. The petition arises from the appeal of three aggravated robbery cases heard by the Fourteenth Court of Appeals, cause numbers 14-16-00871-CR, 14-16-00872-CR, and 14-16-00873-CR. The Fourteenth Court of Appeals affirmed Applicant's 40-year prison sentence in each case.

2. The Fourteenth Court of Appeals rendered judgment on November 14, 2017.

1

3. Neither party filed a motion for rehearing or motion for en banc reconsideration.

4. The petition for discretionary review filing deadline is December 14, 2017.

5. This is Appellant's First Motion for Extension of Time to file a petition for discretionary review.

6. Appellant seeks a 30-day extension from the date the petition is due and would show the Court that an extension is needed for the following reason:

After counsel advised Appellant by certified mail correspondence and telephone conversation regarding the possibility of filing a petition for discretionary review, Appellant decided to formally retain counsel for this purpose on December 12, 2017.

Given that Appellant's final decision to retain occurred just two days prior to the deadline for filing the petition, the undersigned counsel respectfully requests a 30-day extension to properly draft and prepare the document for filing with this Court.

THEREFORE, Appellant requests an extension of time to file its petition for discretionary review until January 13, 2017.

Respectfully submitted,

/s/ Michael "Corey" Young
Michael Corey Young
S.B.T. No. 24042205
Pullan & Young PLLC
908 N. San Jacinto Street
Conroe, Texas 77301
Tel: (936) 647-1540
Fax: (936) 756-9896
corey@pullanyoung.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was served via facsimile to opposing counsel listed below on the date of the filing of the original with the Clerk of this Court:

Rebecca Klaren
Galveston County District Attorney's Office
600 59th Street, Suite 1001
Galveston, Texas 77551

/s/ Michael "Corey" Young
Michael Corey Young